AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia ▼

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case: 1:25-mj-00206 |
| Devante Gardner | ) Assigned To: Judge Harvey, G. Michael |
| ▮▮▮▮▮▮▮ | ) Assign. Date: 9/4/2025 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 3, 2025 _____ in the county of _____ in the _____ District of _____ Columbia _____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year |

This criminal complaint is based on these facts:

See Attached Statement of Facts

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Webber, Police Officer, MPD
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on Sept. 4, 2025.

Date: _____ 09/04/2025 _____

_____
*Judge's signature*

City and state: _____ Washington, D.C. _____

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*