Case 1:25-mj-00206-GMH    Document 1-1

Case: 1:25-mj-00206
Assigned To: Judge Harvey, G. Michael
Assign. Date: 9/4/2025
Description: COMPLAINT W/ARREST WARRANT

## **STATEMENT OF FACTS**

On the evening of Wednesday, September 3, 2025, members of the Metropolitan Police Department's Third District Crime Suppression Team ("CST") were working with federal partners in the District of Columbia. Your affiant (Officer Michael Webber), MPD Officer Martha Perez-Parada, and U.S. Department of State Diplomatic Security Service Special Agent Andrew Muir were all riding in the same unmarked police cruiser.

At approximately 8:52PM, we arrived near the intersection of Irving and Mount Pleasant Streets, N.W., Washington, D.C., in response to a man with a gun call. While we were responding, a lookout was broadcasted for a black male wearing white pants in Mount Pleasant. When we arrived at the intersection, Officer Perez-Parada got out of the car, started speaking with the complainant in Spanish, and served as a translator for other MPD officers. Your affiant and Special Agent Muir canvassed for the suspect.

At 8:56PM, Officer Perez-Parada broadcasted a message to your affiant indicating that she had to stay with the complainant. She then said the complainant reported the suspect as being "a black male that ran northbound on 16th Street. He's on foot. He had a gun and a disabled hand. He said that he might be in a white building that's Northbound on 16th Street like five or six houses down." Officer Perez-Parada then confirmed that the suspect traveled northbound from Irving Street and that the complainant said he was in the alley or rear of the building. Officer Perez-Parada indicated that the complainant also said he tried to chase the suspect and that the complainant thought the perpetrator might be in the alley because that's where he normally sees him. Officer Perez-Parada then noted that the suspect was believed to be wearing white pants.

At 8:59PM, after speaking more with the complainant about what the suspect was wearing, Officer Perez-Parada updated the lookout to indicate that the suspect was wearing a gray hoodie. Then at 9:00PM, Officer Perez-Parada also added that the suspect was wearing black sweatpants.

Within 25 seconds of Officer Perez-Parada mentioning the black sweatpants, Special Agent Muir and I observed Devante Gardner wearing black pants and a bookbag. Gardner was straddling a bike in front of 3120 16th Street, NW, and manipulating something in a purse on the front steps.

The below Google map shows the approximate distance from where the complainant was being interviewed by officers and where we observed Gardner. Notably, Gardner does not live at 3120 16th Street, which appears to be a row home with apartments, but rather approximately a half-mile north of that location. I am uncertain whether the property at 3120 16th Street has occupants.



Given that Gardner was roughly in the same area as the complainant said the suspect would be and that he was the only individual in the area and wearing black pants, we decided to make contact with Gardner. The below screenshot from my body worn camera shows what Gardner was wearing.



As I pulled up to the location, I saw thick white smoke exiting from Gardner's mouth. I immediately smelled what appeared to be marijuana in the vicinity as I exited the car. As I walked towards Gardner, I smelled smoke consistent with that of marijuana emanating from the hand-rolled cigarette that he had in his hand. I told Gardner that he was stopped. Gardner sat on his bike in what appeared to be an attempt to flee. His bike traveled several feet towards 16th Street.

Special Agent Muir, other Federal Task Force members, and I then attempted to place Gardner in handcuffs to arrest him for Public Consumption of Marijuana. Gardner said he had not done anything wrong several times and offered slight resistance to being handcuffed. Officers ultimately secured Gardner in handcuffs and arrested him for Public Consumption of Marijuana.

While he was on the ground in handcuffs, a roughly half-full bottle of Tequila was recovered from his backpack, which he was still wearing.

At 9:02PM, I called for a transport vehicle, noting that Gardner was going to be booked for Public Consumption of Marijuana and POCA (Possession of an Open Container of Alcohol).

At 9:04PM, I recovered a hand-rolled cigarette from the approximate area where I saw Gardner with the lit cigarette. The following screenshot from my body worn camera shows me picking up the hand-rolled marijuana cigarette.



At 9:06PM, officers helped Gardner to his feet. He was still wearing the bookbag.

At 9:08PM, Gardner was uncuffed briefly to allow me to take his bookbag off his body.

At 9:09PM, I started searching the bag and immediately discovered the presence of a firearm, specifically a .357 caliber Glock bearing Serial Number YEZ014. The gun was loaded with 13 rounds, including one in the chamber. A WALES/NCIC check revealed that the firearm was reported stolen from Roanoke, Virginia, in February of this year. It is pictured below.



The firearm appeared to be fully functional and capable of being fired with one hand. It also had a barrel length of less than 12 inches and appeared capable of expelling a projectile by means of explosion. There are no firearm or ammunition manufacturers in the District of Columbia and therefore, the firearm and ammunition in this case would have traveled in interstate commerce.

Gardner's bag also contained 2.6 ounces of a green leafy substance (including packaging), a portion of which field tested positive for THC, a black scale, and $619.76 in U.S. Currency.

Gardner was verbally identified on scene as Devante Gardner with a date of birth of ███████.

A criminal history check revealed that in 2023, Gardner was previously convicted in Prince George's County, Maryland (Case Number CT220764X) of a felony firearm possession offense

for which he was sentenced to 1456 days (almost four years) in prison all but 32 of which were suspended. Accordingly, at the time that he possessed the stolen Glock pistol, he had been convicted of an offense for which the penalty was greater than one year.

                                                                        Respectfully submitted,

                                                                         _____

                                                                          Michael Webber
                                                                          Metropolitan Police Department

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on September 4, 2025.

                                                                       _____

                                                                       G. Michael Harvey
                                                                       United States Magistrate Judge