AO 442 (Rev. 11/11) Arrest Warrant

FID9367704

**RECEIVED**
By US Marshals DC District Court at 3:15 pm, Sep 04, 2025

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

Devante Gardner

*Defendant*

Case: 1:25-mj-00206
Assigned To: Judge Harvey, G. Michael
Assign. Date: 9/4/2025
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Devante Gardner                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year

Date:   09/04/2025

*Issuing officer's signature*

City and state:   Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 09/04/25, and the person was arrested on *(date)* 09/04/25
at *(city and state)* Washington D.C.

Date: 09/04/25

*Arresting officer's signature*

Kenneth Keh  DUSM
*Printed name and title*